## LIST OF PARTIES

PLAINTIFF:

    1.    PETER H. WOLF

DEFENDANTS:

    1.    BRIGHTROOM, INC.
    2.    ISLAND PHOTOGRAPHY, INC.
    3.    ELIZABETH M. KREUTZ
    4.    BIRD'S EYE VIEW, INC.
    5.    DIGILABS, INC.
    6.    PRINTROOM, INC.
    7.    SMUGMUG, INC.
    8.    HOUR PHOTOS, INC., D/B/A MASTER PHOTOS U.S.A.