IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PETER H. WOLF | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| BRIGHTROOM, INC.; ISLAND | § | Civil Action No. 2:07-cv-238 |
| PHOTOGRAPHY, INC.; ELIZABETH | § | |
| M. KREUTZ; BIRD'S EYE VIEW, INC.; | § | Jury Trial Demanded |
| DIGILABS, INC.; PRINTROOM, INC.; | § | |
| SMUGMUG, INC.; AND HOUR | § | |
| PHOTOS, INC. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF FILING FORM AO 120

COMES NOW PETER H. WOLF, Plaintiff in the above styled and numbered cause of action, and states that he has mailed Form AO 20, Report on the Filing or Determination of an Action Regarding a Patent or Trademark to the Director of the U.S. Patent and Trademark Office on this the 8th day of June, 2007.

Date:  June 8, 2007

_____/s/ Edward W. Goldstein_____
GOLDSTEIN & FAUCETT L.L.P
Edward W. Goldstein
Texas Bar No. 08099500
Matthew J. M. Prebeg
Texas Bar No. 00791465

1177 West Loop South, Suite 400
Houston, Texas  77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile
Email: egoldstein@gfpiplaw.com
           mprebeg@gfpiplaw.com
           mcollins@gfpiplaw.com

        WARD AND SMITH LAW FIRM
        T. John Ward, Jr.
        State Bar No. 00794818
        111 West Tyler Street
        Longview, Texas 75601
        (903) 757-6400 - Telephone
        (903) 757-2323 - Facsimile
        E-mail: jw@jwfirm.com

        ATTORNEYS FOR PLAINTIFF

Of Counsel:

GOLDSTEIN & FAUCETT L.L.P
Michael J. Collins
Texas Bar No. 04614510
1177 West Loop South, Suite 400
Houston, Texas  77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile
E-mail:  mcollins@gfpiplaw.com