# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | |
|---|---|
| PETER H. WOLF § § **Plaintiff,** § § v. § § BRIGHTROOM, INC.; ISLAND § PHOTOGRAPHY, INC.; ELIZABETH § M. KREUTZ; BIRD'S EYE VIEW § INC.; DIGILABS, INC.; PRINTROOM § INC.; SMUGMUG, INC.; AND HOUR § PHOTOS, INC., D/B/A MASTER § PHOTOS U.S.A. § § **Defendants.** § | Civil Action No. 2:07-CV-238-TJW Jury Trial Demanded |

## NOTICE OF APPEARANCE

Peter H. Wolf, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

 Eric M. Albritton
 Texas State Bar No. 00790215
 ALBRITTON LAW FIRM
 P.O. Box 2649
 Longview, Texas 75606
 (903) 757-8449 (phone)
 (903) 758-7397 (fax)
 ema@emafirm.com

1

        Respectfully submitted,

*(signature)*

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com

*Counsel for Peter H. Wolf*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 15th day of June, 2007.

*(signature)*

Eric M. Albritton