IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PETER H. WOLF | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| BRIGHTROOM, INC.; ISLAND PHOTOGRAPHY, INC.; ELIZABETH M. KREUTZ; BIRD'S EYE VIEW, INC.; DIGILABS, INC.; PRINTROOM, INC.; SMUGMUG, INC.; AND HOUR PHOTOS, INC., D/B/A MASTER PHOTOS U.S.A. | § § § § § § § § | Civil Action No. 2:07-cv-238<br><br>Jury Trial Demanded |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Plaintiff, Peter H. Wolf hereby notifies the Court and all parties of record that, in additions to the attorneys already representing him, Edward W. Goldstein will be appearing as an attorney of record on his behalf in the above-styled and number cause.

    Edward W. Goldstein
    Texas Bar No. 08099500
    Goldstein, Faucett & Prebeg, LLP
    1177 West Loop South, Suite 400
    Houston, TX  77027
    Tel:  713-877-1515
    Fax:  713-877-1737
    Email:  egoldstein@gfpiplaw.com

Respectfully submitted,

/s/ Edward W. Goldstein
Edward W. Goldstein
Texas Bar No. 08099500
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1737
Email:  egoldstein@gfpiplaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 8, 2007.  Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein
Edward W. Goldstein