IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PETER H. WOLF | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| BRIGHTROOM, INC.; ISLAND | § | Civil Action No. 2:07-cv-238 |
| PHOTOGRAPHY, INC.; ELIZABETH | § | |
| M. KREUTZ; BIRD'S EYE VIEW, INC.; | § | Jury Trial Demanded |
| DIGILABS, INC.; PRINTROOM, INC.; | § | |
| SMUGMUG, INC.; AND HOUR | § | |
| PHOTOS, INC., D/B/A | § | |
| MASTER PHOTOS U.S.A. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Plaintiff, Peter H. Wolf hereby notifies the Court and all parties of record that, in

additions to the attorneys already representing him, Matthew J.M. Prebeg will be

appearing as an attorney of record on his behalf in the above-styled and number cause.

Matthew J. M. Prebeg
Texas Bar No. 00791465
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1737
Email:  mprebeg@gfpiplaw.com

Respectfully submitted,

/s/ Matthew Prebeg
Matthew J. M. Prebeg
Texas Bar No. 00791465
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1737
Email:  mprebeg@gfpiplaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 8, 2007.  Any other counsel of record will be served by first class U.S. mail.

/s/ Matthew Prebeg_____
Matthew Prebeg