IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PETER H. WOLF | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| BRIGHTROOM, INC.; ISLAND PHOTOGRAPHY, INC.; ELIZABETH M. KREUTZ; BIRD'S EYE VIEW, INC.; DIGILABS, INC.; PRINTROOM, INC.; SMUGMUG, INC.; AND HOUR PHOTOS, INC., D/B/A MASTER PHOTOS U.S.A. | § § § § § § § § | Civil Action No. 2:07-cv-238<br><br>Jury Trial Demanded |
| Defendants. | § | |

## **STIPULATION OF DISMISSAL AS TO DEFENDANT PRINTROOM, INC.**

Plaintiff Peter H. Wolf files this stipulation of dismissal as to Defendant Printroom, Inc. ("Printroom") under Rule 41(a) of the Federal Rules of Civil Procedure.

1. On June 8, 2007, Plaintiff filed the above-captioned patent infringement action against Printroom and seven other defendants.

2. Printroom has not been served with process and has not filed an answer or a motion for summary judgment.

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. Plaintiff has not dismissed an action against Printroom based on or including the same claims as those presented in this suit.

7. This dismissal as to Printroom is with prejudice.

8. This dismissal applies to Printroom only and not to any other defendant.

                                                      Respectfully submitted,

Date: August 9, 2007                    /s/ Edward W. Goldstein_____
                                                      Edward W. Goldstein
                                                      Texas Bar No. 08099500
                                                      Matthew J. M. Prebeg
                                                      Texas Bar No. 00791465

                                                      GOLDSTEIN, FAUCETT & PREBEG L.L.P
                                                      1177 West Loop South, Suite 400
                                                      Houston, Texas 77027
                                                      (713) 877-1515 – Telephone
                                                      (713) 877-1737 – Facsimile
                                                      E-mail: egoldstein@gfpiplaw.com
                                                      E-mail: mprebeg@gfpiplaw.com

                                                      WARD AND SMITH LAW FIRM
                                                      T. John Ward, Jr.
                                                      State Bar No. 00794818
                                                      111 West Tyler Street
                                                      Longview, Texas 75601
                                                      (903) 757-6400 - Telephone
                                                      (903) 757-2323 - Facsimile
                                                      E-mail: jw@jwfirm.com

                                                      ATTORNEYS FOR PLAINTIFF

Of Counsel:

GOLDSTEIN & FAUCETT L.L.P
Michael J. Collins
Texas Bar No. 04614510
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile
E-mail: mcollins@gfpiplaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 9, 2007.  Any other counsel of record will be served by first class U.S. mail.


                                            /s/ Edward W. Goldstein\_\_\_\_\_
                                            Edward W. Goldstein