IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PETER H. WOLF | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| BRIGHTROOM, INC.; ISLAND PHOTOGRAPHY, INC.; ELIZABETH M. KREUTZ; BIRD'S EYE VIEW, INC.; DIGILABS, INC.; PRINTROOM, INC.; SMUGMUG, INC.; AND HOUR PHOTOS, INC., D/B/A MASTER PHOTOS U.S.A. | § § § § § § § § | Civil Action No. 2:07-cv-238<br><br>Jury Trial Demanded |
| Defendants. | § | |

## ORDER

The Plaintiff, Peter H. Wolf has filed a Stipulation of Dismissal with regards to Defendant Printroom, Inc. only.

The Court, being in agreement with the parties, GRANTS the Dismissal as to Printroom, Inc. only.

**SIGNED this 13th day of August, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE