IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PETER H. WOLF § | |
| § | CIVIL ACTION NO. 2:07cv238[DF] |
| v. § | |
| BRIGHTROOM, INC.; ISLAND § | |
| PHOTOGRAPHY, INC.; ELIZABETH § | DEMAND FOR JURY TRIAL |
| M. KREUTZ; BIRD'S EYE VIEW, INC.; § | |
| DIGILABS, INC.; PRINTROOM, INC.; § | |
| SMUGMUG, INC.; AND HOUR § | |
| PHOTOS, INC., d/b/a MASTER PHOTOS U.S.A. § | |

## DEFENDANT ISLAND PHOTOGRAPHY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Island Photography, Inc. ("Island Photography"), without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff Peter H. Wolf's ("Wolf") Complaint and would respectfully show the Court as follows:

Island Photography has requested and Wolf has agreed to an additional extension of Island Photography's time to respond in any manner whatsoever including answer, motion, or other pleading of any type to Plaintiff's Complaint up to and including September 28, 2007.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: August 27, 2007 				Respectfully submitted,

*/s/ Diane V. DeVasto*
Diane V. DeVasto
State Bar No. 05784100
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597-8311
(903) 593-0846 (Facsimile)
dianedevasto@potterminton.com

**ATTORNEYS FOR ISLAND PHOTOGRAPHY, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of August 2007. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Diane V. DeVasto*
Diane V. DeVasto

{A53\7857\0001\W0336653.1 }