IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PETER H. WOLF § | |
| § | CIVIL ACTION NO. 2:07cv238[DF] |
| v. § | |
| BRIGHTROOM, INC.; ISLAND § | |
| PHOTOGRAPHY, INC.; ELIZABETH § | DEMAND FOR JURY TRIAL |
| M. KREUTZ; BIRD'S EYE VIEW, INC.; § | |
| DIGILABS, INC.; PRINTROOM, INC.; § | |
| SMUGMUG, INC.; AND HOUR § | |
| PHOTOS, INC., d/b/a MASTER PHOTOS U.S.A. § | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS SMUGMUG, INC. AND ISLAND PHOTOGRAPHY, INC.

Defendants SMUGMUG, INC. and ISLAND PHOTOGRAPHY, INC., file this their Notice of Appearance of Additional Counsel, and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for SMUGMUG, INC. and ISLAND PHOTOGRAPHY, INC. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: August 30, 2007

Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)

By:   */s/ Michael E. Jones*
      MICHAEL E. JONES
      State Bar No. 10929400
      mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANTS
SMUGMUG, INC. and ISLAND PHOTOGRAPHY, INC.**

{A07\7808\0001\W0337778.1 }

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 30, 2007. Any other counsel of record will be served by first class mail on this same date.

*/s/ Michael E. Jones*          ___
Michael E. Jones

{A07\7808\0001\W0337778.1 }