

```
                                                    FILED-CLERK
                                                  U.S. DISTRICT COURT

                                                  2007 AUG 31  PM 2: 03

                                                   TX EASTERN-MARSHALL
```

To: Edward R. Goldstein                                  case 2:07cv238
    Goldsttein, Faucett & Prebeg, LLP
    1177 West Loop South, Suite 400                                 BY_____
    Houston, Texas 77027
Fax  713-877-1145

Date: 8-29-2007

From: Greg Walter
      President
      Hour Photos, Inc. DBA Master Photo USA

This is to confirm our actions regarding your complaint in case 2:07cv238.

We have removed the specified search criteria from our website effective August 28,2007
At 12:28 PM. Upon review of our history we found only one client who has ever used this
feature. Over the period covered by your patent dates, we processed 1084 images for this
client.

Based upon this very limited usage and our desire not to provide this search methodology
In the future, we have elected not to license this usage from PhotoCrazy, Inc and Mr Peter
Wolf.

This letter is to confirm our actions to cease and desist any practices which may have
utilized some component of Mr. Wolf's patent. We trust you will find this action acceptable
and would appreciate your confirming to us your understanding and acceptance of this
action.

Sincerely

*[signature]*

Gregory Walter, President                    Faxed 8-29-2007
Hour Photos, Inc.                            Copy sent via certified mail

CC: District Clerk

Master Photo USA
1360 Arapaho RD. #124
Richardson, TX 75081

RETURN RECEIPT REQUESTED

7005 1820 0005 1668 2346

DISTRICT CLERK
MARSHALL DIVISION
100 E. Houston
MARSHALL, TX 75670

UNITED STATES POSTAL SERVICE
0000
75670

U.S. POSTAGE
PAID
RICHARDSON, TX
75081
AUG 29, 07
AMOUNT
$5.21
0001368410