IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PETER H. WOLF | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| BRIGHTROOM, INC.; ISLAND | § | Civil Action No. 2:07-cv-238 |
| PHOTOGRAPHY, INC.; ELIZABETH | § | |
| M. KREUTZ; BIRD'S EYE VIEW, INC.; | § | Jury Trial Demanded |
| DIGILABS, INC.; PRINTROOM, INC.; | § | |
| SMUGMUG, INC.; AND HOUR | § | |
| PHOTOS, INC., D/B/A | § | |
| MASTER PHOTOS U.S.A. | § | |
| | § | |
| Defendants. | § | |

## **STIPULATION OF DISMISSAL AS TO DEFENDANT DIGILABS, INC.**

Plaintiff Peter H. Wolf files this stipulation of dismissal as to Defendant DigiLabs, Inc. ("DigiLabs") under Rule 41(a) of the Federal Rules of Civil Procedure.

1. On June 8, 2007, Plaintiff filed the above-captioned patent infringement action against DigiLabs and seven other defendants.

2. DigiLabs has not been served with process and has not filed an answer or a motion for summary judgment.

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. Plaintiff has not dismissed an action against DigiLabs based on or including the same claims as those presented in this suit.

7.  This dismissal as to DigiLabs is with prejudice.

8.  This dismissal applies to DigiLabs only and not to any other defendant.

                                                  Respectfully submitted,

Date:  August 27, 2007            /s/ Edward W. Goldstein_____
                                                  Edward W. Goldstein
                                                  Texas Bar No. 08099500
                                                  Matthew J. M. Prebeg
                                                  Texas Bar No. 00791465

                                                 GOLDSTEIN, FAUCETT & PREBEG L.L.P
                                                 1177 West Loop South, Suite 400
                                                 Houston, Texas  77027
                                                 (713) 877-1515 – Telephone
                                                 (713) 877-1737 – Facsimile
                                                 E-mail:  egoldstein@gfpiplaw.com
                                                 E-mail:  mprebeg@gfpiplaw.com

                                                 WARD AND SMITH LAW FIRM
                                                 T. John Ward, Jr.
                                                 State Bar No. 00794818
                                                 111 West Tyler Street
                                                 Longview, Texas 75601
                                                 (903) 757-6400 - Telephone
                                                 (903) 757-2323 - Facsimile
                                                 E-mail:  jw@jwfirm.com

                                               ATTORNEYS FOR PLAINTIFF

Of Counsel:

GOLDSTEIN & FAUCETT L.L.P
Michael J. Collins
Texas Bar No. 04614510
1177 West Loop South, Suite 400
Houston, Texas  77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile
E-mail:  mcollins@gfpiplaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 6, 2007. Any other counsel of record will be served by first class U.S. mail.

                                    /s/ Edward W. Goldstein_____
                                    Edward W. Goldstein