IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PETER H. WOLF | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| BRIGHTROOM, INC.; ISLAND | § | Civil Action No. 2:07-cv-238 |
| PHOTOGRAPHY, INC.; ELIZABETH | § | |
| M. KREUTZ; BIRD'S EYE VIEW, INC.; | § | Jury Trial Demanded |
| DIGILABS, INC.; PRINTROOM, INC.; | § | |
| SMUGMUG, INC.; AND HOUR | § | |
| PHOTOS, INC., D/B/A | § | |
| MASTER PHOTOS U.S.A. | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Plaintiff, Peter H. Wolf has filed a Stipulation of Dismissal with regards to

Defendant DigiLabs, Inc. only.

The Court, being in agreement with the parties, GRANTS the Dismissal as to

DigiLabs, Inc. only.

**SIGNED this 7th day of September, 2007.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE