IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PETER H. WOLF § | |
| § | CIVIL ACTION NO. 2:07cv238[DF] |
| v. § | |
| BRIGHTROOM, INC.; ISLAND § | |
| PHOTOGRAPHY, INC.; ELIZABETH § | DEMAND FOR JURY TRIAL |
| M. KREUTZ; BIRD'S EYE VIEW, INC.; § | |
| DIGILABS, INC.; PRINTROOM, INC.; § | |
| SMUGMUG, INC.; AND HOUR § | |
| PHOTOS, INC., d/b/a MASTER PHOTOS U.S.A. § | |

## DEFENDANT SMUGMUG, INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant SmugMug, Inc. ("SmugMug"), without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this second unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff Peter H. Wolf's ("Wolf") Complaint and would respectfully show the Court as follows:

SmugMug has requested and Wolf has agreed to an additional extension of SmugMug's time to respond in any manner whatsoever including answer, motion, or other pleading of any type to Plaintiff's Complaint up to and including October 29, 2007.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

{A53\7808\0001\W0339487.1 }

Dated: September 19, 2007                                Respectfully submitted,

                                                        */s/ Diane V. DeVasto*
Diane V. DeVasto
State Bar No. 05784100
dianedevasto@potterminton.com
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597-8311
(903) 593-0846 (Facsimile)

Paul J. Andre
PAndre@perkinscoie.com
Lisa Kobialka
lkobialka@perkinscoie.com
Shane M. Glynn
sglynn@perkinscoie.com
PERKINS COIE, LLP
101 Jefferson Drive
Menlo Park, California 94025
(650) 838-4300
(650) 838-4350 (Facsimile)

**ATTORNEYS FOR DEFENDANT SMUGMUG, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of September 2007. Any other counsel of record will be served by first class U.S. mail on this same date.

                                                        */s/ Diane V. DeVasto*
Diane V. DeVasto