IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PETER H. WOLF § | |
| § | CIVIL ACTION NO. 2:07cv238[DF] |
| v. § | |
| BRIGHTROOM, INC.; ISLAND § | |
| PHOTOGRAPHY, INC.; ELIZABETH § | DEMAND FOR JURY TRIAL |
| M. KREUTZ; BIRD'S EYE VIEW, INC.; § | |
| DIGILABS, INC.; PRINTROOM, INC.; § | |
| SMUGMUG, INC.; AND HOUR § | |
| PHOTOS, INC., d/b/a MASTER PHOTOS U.S.A. § | |

## ORDER GRANTING DEFENDANT SMUGMUG, INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant SmugMug, Inc., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Complaint up to and including October 29, 2007.  Such motion is GRANTED.

It is therefore ORDERED that Defendant SmugMug, Inc. has up to and including October 29, 2007 to answer, move, or otherwise respond to Plaintiff's Complaint.

**SIGNED this 20th day of September, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE